**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

WILLIAM WOMACK,

           Plaintiff - Appellant,

   v.

JOHN OR JANE DOE, Correctional
Officers; FRANK HAUSCHILDT,
Sergeant,

           Defendants - Appellees.

No. 13-35772

D.C. No. 3:12-cv-05431-RBL

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted August 25, 2015[**]

Before:     McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

     William Womack, a Washington state prisoner, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging that his

constitutional rights were violated when officials denied him access to the courts

---

     [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

during his pretrial detention. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Oliver v. Keller*, 289 F.3d 623, 626 (9th Cir. 2002), and we affirm.

The district court properly granted summary judgment because Womack failed to raise a genuine dispute of material fact as to whether defendants' actions caused Womack to suffer an actual injury, *see Lewis v. Casey*, 518 U.S. 343, 348-53 (1996) (access-to-courts claim requires plaintiff to show that the defendants' conduct caused actual injury to a non-frivolous legal claim), or as to whether Womack had a constitutional right to library access in order to contest a civil suit unrelated to a prison sentence or condition of confinement, *see Silva v. Di Vittorio*, 658 F.3d 1090, 1102-03 (9th Cir. 2011) (discussing "affirmative assistance" and "interference" access-to-courts claims).

**AFFIRMED.**